STATE v. SMALL

No. 1 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1978. Appeal dismissed ex mero motu for lack of substantial constitutional question 11 January 1978.

STATE v. SMITH

No. 2 PC.

Case below: 34 N.C. App. 671.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 January 1978.

STATE v. SUMLER

No. 18 PC.

Case below: 34 N.C. App. 751.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. SUTTON

No. 82 PC.

Case below: 34 N.C. App. 371.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. WALKER

No. 101 PC.

No. 45 (Spring Term).

Case below: 34 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 24 January 1978.